UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

AUG 11 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

CHINO VALLEY UNIFIED SCHOOL DISTRICT; et al.,

Plaintiffs - Appellants,

v.

GAVIN NEWSOM; et al.,

Defendants - Appellees.

No. 25-3686

D.C. No.
2:24-cv-01941-DJC-JDP

ORDER

The court VACATES submission of this case pending this court's decision in *City of Huntington Beach v. Newsom*, No. 25-3826. The parties are directed to notify this court within 7 days of the decision's announcement. This case shall be held in abeyance pending further order of this court.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT